IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM J. CARLISLE,            )
                                )
            Plaintiff,           )
                                )
                                )
vs.                              )   CASE NO. 3:10-1148
                                )   JUDGE SHARP/KNOWLES
                                )
SAM WRIGHT, et al.,              )
                                )
            Defendants.          )

## REPORT AND RECOMMENDATION

On May 21, 2013, the undersigned entered an Order that provided in relevant part as follows:

> The Court notes that the Order entered on May 17, 2012, has been returned to the Clerk's Office as "Undeliverable." According to the Order entered by the Honorable Todd J. Campbell on December 7, 2010 (Docket Entry No. 7), "He is also forewarned that his prosecution of this action will be jeopardized should he fail to keep the Clerk's Office informed of his current address."
>
> Within twenty (20) days of the date of entry of this Order, Plaintiff shall file a written statement showing good cause for his failure to keep the Clerk's Office informed of his current address. If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice.

Docket No. 57.

The referenced Order was sent to Plaintiff at his last known address via regular mail and via certified mail. *See* Docket No. 57, Docket Text Summary. On May 24, 2013, both the letters to Plaintiff were returned to the Clerk's Office with the notations:

>     Return to Sender
>     Carlisle William
>     Moved Left No Address
>     Unable to forward
>     Return to Sender.

Docket Nos. 59, 60.

It is readily apparent that Plaintiff has not kept the Clerk's Office advised of his current address.

Moreover, Plaintiff's written statement showing good cause for his failure to keep the Clerk's Office informed of his current address was due June 10, 2013. Plaintiff has not filed such a written statement, and he has not complied with the Court's prior Order.

For the foregoing reasons, the undersigned recommends that this action be DISMISSED WITHOUT PREJUDICE.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

                                                        _____
                                                        E. Clifton Knowles
                                                        United States Magistrate Judge