UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM CARLISLE, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   No. 3:10-cv-1148 |
| v. | ) |
| | )   **Judge Sharp** |
| SAM WRIGHT, *et al.*, | )   **Magistrate Judge Knowles** |
| | ) |
|     Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that this action be dismissed without prejudice. Specifically, the R & R provides,

> It is readily apparent that Plaintiff has not kept the Clerk's Office advised of his current address.
>
> Moreover, Plaintiff's written statement showing good cause for his failure to keep the Clerk's Office informed of his current address was due June 10, 2013. Plaintiff has not filed such a written statement, and he has not complied with the Court's prior Order.

(Docket Entry No. 61 at 2). No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

1

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 61) is hereby ACCEPTED and APPROVED; and

(2) Plaintiff William Carlisle's Complaint is hereby DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE